# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WHITEWRIGHT INDEPENDENT SCHOOL DISTRICT, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-01264-ALM-AGD |
| THE ESTATE OF ADD CRAVENS, DECEASED, et al., | § § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 14, 2026, the Report of the Magistrate Judge, (Dkt. #186), was entered containing proposed findings of fact and recommendation that Plaintiffs' Motion for Remand (Dkt. #112) be granted, and the instant case be remanded to the 397th Judicial District Court of Grayson County, Texas. The Report further recommended that all other pending motions be denied for lack of subject matter jurisdiction.

On April 15, 2026, Defendant Terrell Rayshawn Hughes filed objections to the Report (Dkt. #187), and on April 16, 2026, Defendant Terrell Rayshawn Hughes filed a Memorandum of History and Supplemental Authority in Support of Objection to Remand (Dkt. #192). The Court has conducted a de novo review of Defendant Hughes' objections (Dkt. #187) and supplememental authority (Dklt. #192). Having done so, the Court is of the opinion that the

findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore ORDERED that Plaintiffs' Motion for Remand (Dkt. #112) is GRANTED, and the instant case is REMANDED to the 397th Judicial District Court of Grayson County, Texas.

It is further **ORDERED** that all other pending motions are **DENIED** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**
**SIGNED this 17th day of April, 2026.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2